WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
Telephone:(702) 475-7964
Facsimile:(702) 946-1345
Email: dbrenner@wrightlegal.net

*Attorneys for Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CAROL HAGERMAN,<br><br>**Plaintiff,**<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC and BANK OF AMERICA N.A.<br><br>**Defendants.** | Case No. 2:20-cv-02047-JCM-VCF<br><br>**DEFENDANT BANK OF AMERICA, N.A.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**FIRST REQUEST** |

Defendant Bank of America, N.A. ("BANA") moves, pursuant to Federal Rules of Civil Procedure 6 of the Federal Rules of Civil Procedure, for an extension of time for BANA to answer or otherwise plead in response to the Complaint. In support of this motion, BANA states as follows:

1. Plaintiff filed the Complaint on November 5, 2020. BANA received a copy of the Summons and Complaint on or about November 12, 2020. BANA's responsive pleading is due on or before December 3, 2020.

2. BANA is currently investigating the allegations of the Complaint and needs additional time within which to conduct the investigation and respond to the Complaint. The time within which to respond has not expired. BANA and plaintiff are also exchanging information informally to aid with that process.

3.       BANA's Counsel contacted Plaintiff's Counsel to request his consent to this extension.  Plaintiff's Counsel consents to BANA's request.  Therefore, BANA hereby requests an additional thirty (30) days to respond to the Complaint, through January 4, 2021.

4.       This motion is not made for the purpose of delay, and it will not prejudice the parties. The relief requested will not affect any other litigation deadlines in this case.

WHEREFORE, for the foregoing reasons and authorities, BANA respectfully requests that the Court grant this motion and extend BANA's deadline to respond to Plaintiff's Complaint in this case until January 4, 2021.

DATED: December 2, 2020            Respectfully Submitted,

**WRIGHT, FINLAY & ZAK, LLP**

/s/ *Darren T. Brenner*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117

*Attorneys for Defendant Bank of America, N.A.*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 12-9-2020

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of December, 2020 and pursuant to FRCP 5(b)(2)(E), I caused service via U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system a true and correct copy of the foregoing Defendant, Bank of America, N.A.'s Motion for Extension of Time to Respond to Plaintiff's Complaint, addressed to:

George Haines    Ghaines@HainesandKrieger.COM, dkrieger@hainesandkrieger.com, igotnotices@hainesandkrieger.com, mariya@hainesandkrieger.com

Gerardo Avalos    gavalos@freedomlegalteam.com

Jeremy J. Thompson    jthompson@clarkhill.com, DSurowiec@ClarkHill.com, ehendricks@seyfarth.com, equifaxadmins@seyfarth.com, JUlmer@ClarkHill.com, nrodriguez@clarkhill.com, pcameron@clarkhill.com

Michael Kind    mk@kindlaw.com, 9868081420@filings.docketbird.com

*/s/ Jason Craig*
An employee of Wright, Finlay & Zak, LLP

WRIGHT, FINLAY & ZAK, LLP
7785 W. SAHARA AVENUE, SUITE 200
LAS VEGAS, NEVADA 89117
TEL.: (702) 475-7964 – FAX: (702) 946-1345

3