George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorney for Plaintiff Carol Hagerman*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Carol Hagerman, | Case No.: 2:20-cv-02047-JCM-VCF |
| Plaintiff, | **Stipulation of dismissal of Bank of America, N.A. with prejudice** |
| v. | |
| Equifax Information Services LLC and Bank of America N.A, | |
| Defendant. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Carol Hagerman and Bank of America, N.A. stipulate to dismiss Plaintiff's claims against Bank of America, N.A. with prejudice.

///

///

///

STIPULATION                                         - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: April 23, 2021.

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Carol Hagerman*

**Wright Finlay & Zak**

/s/ Darren Brenner
Darren Brenner, Esq.
7785 W. Sahara Ave, Suite 200
Las Vegas, Nevada 89117
*Counsel for Bank of America, N.A.*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: May 11, 2021

STIPULATION - 2 -